| | | |
|---|---|---|
| Ragan Rowland, | Plaintiff(s) | Service of Process by:<br>**K-One Investigations, Inc.**<br>P.O. Box 698<br>Safety Harbor, FL 34695 |
| Vs. | | |
| Citibank, N.A., | Defendant(s) | |

Boss Law
9887 4th Street N., Ste. 202
St. Petersburg, FL 33702

## Affidavit of Service

Service of Process on:
Citibank (South Dakota), N.A.
Case No. 8:16-cv-02267-JSM-JSS

State of South Dakota )
:ss
County of Minnehaha )

**Name of Server:** **Richard Rober**, undersigned, being duly sworn, deposes and states that at the time of Service; he was over the age of eighteen, was not a party to this action and is an Elector in the State of South Dakota;

**Date/Time of Service** 8/12/16  @  1:30 PM

**Place of Service:** 701 E. 60th St. North, Sioux Falls, SD 57104

**Documents Served:** The undersigned served the Documents described as:

Summons; Verified Complaint; Related Case Order and Track Two Notice; Letter Dated 8-1-16; Notice of Pendency of Other Actions; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge; Exhibit A; and Exhibit B

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served by Hand Delivery upon:

### Citibank (South Dakota), N.A.
Service was made by Serving Sharon Stroud as the Legal Dept. Specialist, who is authorized to accept service.

**Description:** Female; White; 40 yrs old; 5'7" 175 lbs; Blonde Hair

Undersigned declares under penalty of Perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and Sworn to before me this
_12__ Day of August, 2016

_____
Notary Public    (Commission Expires)
02-24-2022

[Notary Seal: JOANNE C. COLE, NOTARY PUBLIC, SOUTH DAKOTA]