**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RAGAN ROWLAND,

        CASE NO.: 8:16-cv-02267-JSM-JSS

    Plaintiff,

vs.

CITIBANK, N.A.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, RAGAN ROWLAND, by and through his undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff, RAGAN ROWLAND, and Defendant, CITIBANK, N.A., have come to an amicable settlement agreement.

Date: **November 30, 2016**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on November 30th, 2016.

        **BOSS LAW**

        /s/ *Christopher W. Boss*
        Christopher W. Boss, Esq.
        Fla. Bar No.: 013183
        9887 Fourth Street North, Suite 202
        St. Petersburg, Florida 33702
        Service Email: cpservice@protectyourfuture.com
        Phone: (727) 471-0039
        Fax: (888) 503-2182
        **Attorney for Plaintiff**