**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RAGAN ROWLAND,

       Plaintiff,

                                 CASE NO.: 8:16-cv-02267-JSM-JSS

vs.

CITIBANK, N.A.,

       Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: December 6, 2016

<table>
<tr><td>

*/s/ John L. Dicks_____*
John L. Dicks, II
FL Bar No.: 89012
Akerman LLP
401 E. Jackson Street, Ste. 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Fax: (813) 218-5410
John.dicks@akerman.com
Caren.collier@akerman.com
*Counsel for Defendant*

</td><td>

*/s/ Christopher W. Boss_____*
Christopher W. Boss, Esq.
Florida Bar No.: 13183
Boss law
Email: cpservice@protectyourfuture.com
9887 Fourth Street North, Suite 202
St. Petersburg, Florida  33702
Telephone: (727) 471-0039
Facsimile: (727) 471-1206
*Trial Counsel for Plaintiff*

</td></tr>
</table>

*[Certificate of service on following page]*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of this Notice has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on December 6, 2016.

**BOSS LAW**

/s/ *Christopher W. Boss*
Christopher W. Boss, Esq.
Fla. Bar No.: 013183
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Service Email: cpservice@protectyourfuture.com
Phone: (727) 471-0039
Fax: (888) 503-2182
**Attorney for Plaintiff**