# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

RAGAN ROWLAND,

      Plaintiff,

vs.

CITIBANK, N.A.,

      Defendant.

_____/

CASE NO.: 8:16-cv-02267-JSM-JSS

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 7 day of DECEMBER, 2016.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: December 6, 2016

<table>
<tr><td>

/s/ John L. Dicks
John L. Dicks, II
FL Bar No.: 89012
Akerman LLP
401 E. Jackson Street, Ste. 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Fax: (813) 218-5410
John.dicks@akerman.com
Caren.collier@akerman.com
*Counsel for Defendant*

</td><td>

/s/ Christopher W. Boss
Christopher W. Boss, Esq.
Florida Bar No.: 13183
Boss law
Email: cpservice@protectyourfuture.com
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Telephone: (727) 471-0039
Facsimile: (727) 471-1206
*Trial Counsel for Plaintiff*

</td></tr>
</table>

*[Certificate of service on following page]*